# In the United States Court of Federal Claims

No. 23-930 C & 23-1019 C
Filed: December 26, 2023

```
*************************************
WILL TECHNOLOGY, INC., et al.,       *
           Plaintiffs,               *
                                     *
     v.                              *
                                     *         JUDGMENT
UNITED STATES,                       *
           Defendant,                *
                                     *
     and                             *
                                     *
ADVANCED TECHNOLOGY                  *
LEADERS, INC.,                       *
           Defendant-Intervenor.     *
*************************************
```

Pursuant to the court's Order, filed December 21, 2023, and the parties' stipulations of dismissal, both filed December 7, 2023,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the above cases are dismissed without prejudice.

                                                            Lisa L. Reyes
                                                            Clerk of Court

                                      By:    s/ Ashley Reams
                                                            Deputy Clerk